Form To Be used by Prisoner in filing A complaint
under the civil rights act, 42 U.S.C 1983

In the United States District Court
for the District of Massachusetts

_____          NYSIS #: _____
                                              (optional)

_____

_____

Anthony Mangano                  (Jury Trial Demanded)
[Enter above the full name of
the plaintiff(s) in this action.]

        v.

Sheriff Michael Bellotti, Peter Perroncello, Susan Clark

Dr. Jorge Veliz, Dr. Pickett, Denise Burke, Anne Walsh, Debbie Willis

Alice Weber, Debra Henderson, Patricia Hayes

_____

[Enter above the full name of all
of the defendant(s). Make sure those
listed above are identical to those
contained in Item III.]

I.   Previous lawsuits:

     A.   Have you begun other lawsuits in state or federal court
          dealing with the same facts involved in this action or
          otherwise relating to your imprisonment?

               Yes [ ]     No [✓]

     B.   If your answer to A is yes, describe each lawsuit in
          questions 1 through 7 on the next page.  (If there is
          more than one lawsuit, describe the additional lawsuits
          on another piece of paper, using the same outline.)

     1.   Parties to this previous lawsuit:

          Plaintiffs:  _____

Defendants: _____

                 _____

                 _____

2.    Court [if federal court, name the district; if state court, name the county]:

       _____

3.    Docket number: _____

4.    Name of Judge to whom case was assigned: _____

5.    Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?] _____

       _____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

II.   Place of present confinement: _____

A.    Is there a prisoner grievance procedure in this institution?

          Yes [X]      No [ ]

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

          Yes [ ]      No [X]

C.    If your answer is YES:

      1.    What steps did you take? _____

             _____

      2.    What was the result? _____

             _____

             _____

If your answer is NO. Explain why not: MY REPEATED requests for a grievance Were Denied, DUE TO Jail Policy: That an inmate MAY not grieve medical decisions or issues.

III. Parties:

[In item A below, place your name and identification number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A.   Name of plaintiff: Anthony Mangano #08741-198

Address: P.O. Box 420 Fairton, NJ 08320

[In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.]

B.   Defendant Micheal Bellotti is employed as Sheriff

of the Norfolk county correctional center  at 200 West St
(all defendants have same employer)    Deoham, Mass 02026

C.   Additional defendants: Peter Perroncell superintendent; Susan Clark Director of Health Services; Dr. Jorge Veliz and Dr. Pickett contract psychiatrists; Denise Burke RN; Anne Waish Registerd Nurse; Debbie Willis(RN.); Alice Weber(RN); Debra Henderson R.N.; Patricia Hayes RN [All Defendent Are employed At the Norfolk county correctional center.]

[Make sure that the defendant(s) listed above are identical to those contained in the caption on page 1.]

IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need. Attach extra 8½ x 11 paper if necessary.]

on or About 9/18/99 Plaintiff was being Housed

in the Health Services Unit (HereAfter H.S.U)

At the Norfolk County Correctional Center (Here After N.C.C.C) for observation. At that time Plaintiffs appetite began to wane, which shall be attributed to depression, for which he is prescribed medication. On or about 9/20/99 Defendant Dr. Jorge Veliz, the contract Psychiatrist at the N.C.C.C, issued an order to cease Plaintiffs medications pending liquid and solid food consumption, stating "Inmate Mangano may only have his psyche meds if he agrees to eat something. At that time the N.C.C.C's medical staff and those security staff members - C.O. Brian Quigley and C.O. Jason Hurley, among others - whom were assigned shifts in the H.S.U. began to monitor (See Attach)

IV-A If you sustained injuries, describe them and state what medical treatment was required and received.

Development on several Nervous Tics.

The onset of celiac disease, the only treatment known is to abstain from foods that contain most grains and all products that contain the protein gluten.

Exacerbation of preexisting conditions: depression panic disorder and obsessive compulsive disorder - for which I take prescribed medications with serious side effects.

(ITEM IV CONTINUED) (PAGE 1)

Plaintiffs liquid and solid food consumption.
According to a NCCC internal memo dated 10-1-99
Plaintiff stated on 9/27/99 "That he drank 6 juices
today."

1) According to a N.C.C.C Internal memo dated 10/2/99:
On 10/2/99 Plaintiff consumed cornbread and two
Juices for breakfast. Despite this admission defendant
still withheld Plaintiffs medication. According to the same
10/2/99 Internal memo Plaintiff was observed consuming
solid and liquid foods on the following dates; 10/4/99,
10/5/99, 10/6/99, 10/7/99, 10/8/99, 10/10/99, 10/11/99, 10/13/99,
10/14/99. Despite documented food consumption for the
preceeding dates and subsequent future dates defendants
continued to withhold Plaintiff's medication.

2) According to a N.C.C.C Intelligence report with
correctional officer Brian Quigley as its Author.
CO. Quigley reported that on 10-5-99, 10-6-99 and
10-11-99 that Plaintiff consumed pasta and juice on
for dinner on those aforementioned dates. He further
states that he had notified medical staff of his
findings, one could only hope in an effort to have Plaintiffs
meds resumed

3) According to a N.C.C.C. Intelligence report
with C.O. Jason Hurley as its Author.
CO. Hurley notified medical staff that on 10-13-99

(ITEM IV CONTINUED)(PAGE 2)

   PLAINTIFF HAD CONSUMED APPROX 2 CUPS OF RICE, 1SLICE OF BREAD AND 4 4oz FRUIT JUICES. C.O. Hurley FURTHER reports NOTIFING THE SHIFT COMMANDER, CAPTAIN CASEY OF his FINDING.

   4. DEFENDANTS CONTINUED TO WITHHOLD PLAINTIFFS MEDICATIONS ie DOXIPIN 300mg AND BUSPAR 30mg WHICH he WAS prescribed FOR DEPRESSION AND PANIC DISORDER RESPECTFULLY. THIS BLATANT DELIBRATE INDIFFERENCE CONTINUED UNTIL THE FINAL DAYS OF NOVEMBER 1999 AT WHICH TIME DEFENDANTS ATTORNEY MOTIONED THE COURT, AND RECEIVED SUCH ORDER TO HAVE ME TRANSFERED TO BRIDGEWATER STATE HOSPITAL.

V.    Relief:

Underline text: State briefly exactly what you want the court to do for you.

Make no legal arguments.  Cite no cases or statutes.

Allow me to present my case to

a jury so that I may seek compensatory

awards for damages as well as punitive

DAMAGES PLUS ATTORNEY FEES AND COSTS.

Respect Fully Submitted,

*Anthony Mangano*

Anthony Mangano, Pro Se

Signed this 17 day of MAY 2004.

Signature and address of each plaintiff. [INCLUDE STATE OR
FEDERAL IDENTIFICATION NUMBER and NYSIS number [optional].)
(You must notify the court and defendants of any change in
your address.)