United States District Court
District of Massachusetts

Anthony Mangano
   Plaintiff Pro Se
        v
Sheriff Michael Bellotti, et al

Plaintiff's Pro Se motion for appointment of counsel Pro Bono, or in the alternitive appointment of counsel to represent Plaintiff on standard contigency basis.

Now comes Anthony Mangano, Plaintiff Pro Se in the above entitled matter and respectfully moves that this Honorable Court appoint counsel in some manner; Pro Bono; Contigency basis or other. Based on the following facts of reason.

1. Plaintiff suffers from a reading disorder commonly known as Dyslexia. Plaintiff lacks the ability to read a single sentence completely or correctly.

2. Plaintiff Pro Se is completely unfamilar with Federal rules of procedure and lacks the ability to learn said rules.

(1)

3. Plaintiff was only able to file his complaint after a year long persuasion of another inmate, whom he trusts immensely, who reluctantly agreed to filing of the complaint and is due to be transferred very shortly.

4. Plaintiff is indigent and certainly can not afford an attorney.

5. Plaintiff's case will undoubtedly be complex, with multiple defendants dealing with many complex issues such as mental health, psychiatric physicians protocol and treatment procedures and call into question the procedure of a county sheriffs authority to withhold psycotropic medications from Pre-Trial Detainees as a punitive measure.

For all of the aforementioned reasons Plaintiff respectfully requests that this court appoint counsel.

Respectfully Submitted

*[signature]*

Plaintiff Pro Se
Anthony Mangano #28741-198
P.O. Box 420 Fairton, N.J. 08320