UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ANTHONY MANGANO,**
            Plaintiff,

                                           Civil Action No.  04-11117-RWZ

    v.

**SHERIFF MICHAEL BELLOTTI, et al.,**
            Defendants.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Now before the court is plaintiff's Application to Proceed Without Prepayment of Fees;**

**FINDINGS**

**The Court finds the following:**

A.    Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h)?

                            Yes   ☒     No   ☐

B.    Is a filing fee, under 28 U.S.C. § 1915(b), to be assessed at this time?

        1.  Yes  ☐     Plaintiff is obligated to pay the statutory filing fee immediately.  See 28 U.S.C. § 1915(b)(1). ($150.00 for a civil action  or $105.00 for a notice of appeal).

        2.  Yes  ☐     An initial partial filing fee of  $____ is assessed pursuant to 28 U.S.C. § 1915(b)(1).  The remainder of the fee $____ is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

        3.  Yes  ☒     Plaintiff has proffered evidence of being without funds for six months and being currently without funds.  Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.

        4.  No  ☐     Plaintiff is not assessed a filing fee at this time.

                                                                                                                                                                                               **[oifppris.]**

**Page 1**

C. **After screening pursuant to 28 U.S.C. § 1915A, which, if any, of the following findings does the court make?**

    1. **Has the court determined that the complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted?**

        **No** ☒    **Yes** ☐    **as to defendant(s)** _____

    2. **Has the court determined that the complaint seeks relief from a defendant or defendants who are immune from such relief?**

        **No** ☒    **Yes** ☐    **as to defendant(s)** _____

    3. **42 U.S.C. § 1997e, Sec. 7(g)(2):**

    "**The court may require any defendant to reply to a complaint . . . if it [the court] finds that the plaintiff has a reasonable opportunity to prevail on the merits.**"

    **Has the court first, determined that the complaint is sufficient to satisfy the pleading requirements for stating a cognizable claim and, second, found that the plaintiff has a reasonable opportunity to prevail on the merits against one or more defendants?**

        a. **Yes** ☐    **The court has so determined and found as to defendant(s)**

        b. **No** ☐    **because the court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against**
            ☐ **all defendants**    ☐ **the defendant(s)** _____

      c. No ☐    because the court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against

            ☐ all defendants    ☐ the defendant(s) _____

      d. Cannot say ☒    It is not feasible for the court to make a determination on these questions on the present record as to claims against

            ☒ all defendants    ☐ the defendant(s) _____

**D.**    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on _____ and assigned it Civil Action No. **04-11117-RWZ.**

## ORDERS

**Based upon the foregoing, it is ORDERED:**

**1.**    **May the application to proceed without prepayment of fees be GRANTED?**

          Yes ☒    No ☐

**2.**    **If a finding is made under paragraph B above, is it a provisional finding that is subject to early modification?**

          Yes ☒    No ☐

**If the above answer is Yes, the following applies: If the plaintiff files, within 35 days of the date of this Order, either a certified copy of his/her prison trust account, or a statement signed by plaintiff under the pains and penalties of perjury, showing eligibility to proceed in this action without paying a filing fee or without payment of as much as found in paragraph B above to be assessed the plaintiff, the court will consider the certificate or statement in determining whether to modify paragraph B.**

**3.**    **Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?**

    Yes ☒  No ☐

4. **Is it FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?**

    No ☐  Yes ☒ ☒ as to all defendants

        ☐ only as to defendants _____

5. **Is it FURTHER ORDERED that the Clerk dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing cause why the court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?**

    No ☒  Yes ☐ ☐ as to all defendants

        ☐ only as to defendant(s) _____

6. a. **Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the court in reaching a prompt final disposition on the merits?**

    No ☐  Yes ☐ ☐ as to all defendants

        ☐ only as to defendant(s)

**OR**

  b. **If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?**

    No ☐  Yes ☒ ☒ as to all defendants

        ☐ only as to defendants _____

 

  6/2/04           s/ Rya W. Zobel
**DATE**             **UNITED STATES DISTRICT JUDGE**

**(ifpprisn.ord - 12/12/96)**                 **[oifppris.]**