```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

ANTHONY MANGANO,              )
       Plaintiff,         )
                           )
    v.                      )    C.A. No. 04-11117-RWZ
                           )
SHERIFF MICHAEL               )
BELLOTTI, et al.,             )
       Defendants.        )

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion after the named defendants have filed responsive pleadings to the complaint.

Dated at Boston, Massachusetts, this <u>2nd</u> day of <u>June</u>, 2004.

                                              s/ Rya W. Zobel
                                              RYA W. ZOBEL
                                              UNITED STATES DISTRICT JUDGE