# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| COURT CASE NUMBER | 04-1117-RWZ |
| TYPE OF PROCESS | Civil |

PLAINTIFF: Mr Anthony Mangano

DEFENDANT: Sheriff Michael Bellotti ET. AL

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Susan M. Clark

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 200 West St Dedham, Mass 02026

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Mr Anthony Mangano #28741-198
F.C.I.
P.O. Box 420
Fairton, N.J. 08320

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Home Residence: Cohasset

The Director of Health Services at The Norfolk County Correctional Center 200 West St, Dedham, Mass 02026

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 
DATE: 6-17-04

*Anthony Mangano* (signature)

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 50 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/28 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Falanua | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., named above (See remarks below)

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lori Ann Sheridan - Legal Assist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/7/04     Time: 935

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 8.03 | | 53.03 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev.)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

ANTHONY MANGANO

**SUMMONS IN A CIVIL CASE**

V.

SHERIFF MICHAEL BELLOTTI, et al.

CASE NUMBER: 04-11117-RWZ

TO: (Name and address of Defendant)

Susan Clark, Director of Health Services
Norfolk County Correctional Center
200 West Street
Dedham, MA 02026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Mangano, pro se
#28741-198
FCI Fairton
P.O. Box 420
Fairton, NJ 083290

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 6/4/04