**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Mr. Anthony Mangano | COURT CASE NUMBER 04-11117 RWZ |
| DEFENDANT Sheriff Michael Bellotti, ET AL | TYPE OF PROCESS S/C |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Alice Weber

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 200 West St Dedham, MA 02026

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Anthony Mangano #28741-198
F.C.I.
P.O. Box 420
Fairton, N.J. 08320

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Ms. Weber may have retired from duty at the N.C.C.C. but is reportedly still a resident of Norfolk County.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 6-17-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 50 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/28/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: 7/7/04 - Above is no longer an employee of Norfolk County Jail - Return Unexecuted

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

ANTHONY MANGANO

**SUMMONS IN A CIVIL CASE**

V.

SHERIFF MICHAEL BELLOTTI, et al.

CASE NUMBER: 04-11117-RWZ

TO: (Name and address of Defendant)

Alice Weber
Norfolk County Correctional Center
200 West Street
Dedham, MA  02026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Mangano, pro se
#28741-198
FCI Fairton
P.O. Box 420
Fairton, NJ  083290

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 6/4/04

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ANTHONY MANGANO

**SUMMONS IN A CIVIL CASE**

V.

SHERIFF MICHAEL BELLOTTI, et al.

CASE NUMBER: 04-11117-RWZ

TO: (Name and address of Defendant)

Alice Weber
Norfolk County Correctional Center
200 West Street
Dedham, MA 02026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Mangano, pro se
#28741-198
FCI Fairton
P.O. Box 420
Fairton, NJ 083290

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 6/4/04

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Mangano
Plaintiff Pro Se

v

Sheriff Michael Bellotti, ET AL

Plaintiff's Pro Se Motion for Appointment of Counsel Pro Bono, or in the alternative Appointment of Counsel to represent Plaintiff on Standard Contingency Basis.

Now comes Anthony Mangano, Plaintiff Pro Se in the above entitled matter and respectfully moves that this Honorable Court appoint counsel in some manner: Pro Bono; Contingency Basis or other. Based on the following facts of reason.

1. Plaintiff suffers from a reading disorder commonly known as Dyslexia. Plaintiff lacks the ability to read a single sentence completely or correctly

2. Plaintiff Pro Se is completely unfamiliar with federal rules of procedure and lacks the ability to learn said rules.

(1)

3. Plaintiff was only able to file his complaint after a year long persuasion of another inmate, whom he trusts immensely, who reluctantly agreed to filing of the complaint and is due to be transferred very shortly.

4. Plaintiff is indigent and certainly can not afford an attorney.

5. Plaintiff's case will undoubtedly be complex, with multiple defendants dealing with many complex issues such as mental health, psychiatric physicians protocol and treatment procedures and call into question the procedure of a county sheriff's authority to withhold psycotropic medications from pre-trial detainees as a punitive measure.

For all of the aforementioned reasons plaintiff respectfully requests that this court appoint counsel.

Respectfully Submitted

*[signature]*
Plaintiff Pro Se
Anthony Mangano #28741-198
P.O. Box 420 Fairton, N.J. 08320

form to be used by Prisoner in filing A Complaint under the Civil rights Act, 42 U.S.C 1983

In the United States District Court
for the District of Massachusetts

NSIS #: _____
             (optional)

Anthony Mangano

(JURY TRIAL DEMANDED)

[Enter above the full name of
the plaintiff(s) in this action.]

v.

Sheriff Michael Bellotti, Peter Perroncello, Susan Clark

Dr. Jorge Veliz, Dr. Pickett, Denise Burke, Anne Walsh, Debbie Willis

Alice Weber, Debra Henderson, Patricia Hayes

[Enter above the full name of all
of the defendant(s). Make sure those
listed above are identical to those
contained in Item III.]

I.   Previous lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?

             Yes [ ]      No [✓]

   B.   If your answer to A is yes, describe each lawsuit in
        questions 1 through 7 on the next page. (If there is
        more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

        Plaintiffs: _____

Defendants: _____

_____

2. Court [if federal court, name the district; if state court, name the county]:

_____

3. Docket number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?] _____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?

    Yes [X]    No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

    Yes [ ]    No [X]

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

_____

If your answer is NO explain why not: MY REPEATED REQUESTS FOR A GRIEVANCE WERE DENIED, DUE TO JAIL POLICY: THAT AN INMATE MAY NOT GRIEVE MEDICAL DECISIONS OR ISSUES.

III. Parties:

[In item A below, place your name and identification number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of plaintiff: ANTHONY MANGANO #28741-198

Address: P.O. Box 420 Fairton, NJ 08320

[In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.]

B. Defendant MICHEAL BELLOTTI is employed as SHERIFF of the Norfolk County Correctional Center at 200 WEST ST DEDHAM, MASS 02026
(All Defendants have same Employer)

C. Additional defendants: PETER PERRONCELL SUPERINTENDENT; SUSAN CLARK DIRECTOR OF HEALTH SERVICES; Dr JORGE VELIZ AND Dr PICKETT CONTRACT PSYCHIATRISTS; DENISE BURKE RN; ANNE WALSH REGISTERED NURSE; DEBBIE WILLIS (RN); ALICE WEBER (RN); DEBRA HENDERSON R.N.; PATRICIA HAYES RN [All Defendants Are Employed At the Norfolk County Correctional Center.]

[Make sure that the defendant(s) listed above are identical to those contained in the caption on page 1.]

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need. Attach extra 8½ x 11 paper if necessary.]

On or About 9/18/99 Plaintiff was being housed in the Health Services Unit (hereafter H.S.U)

at the Norfolk County Correctional Center (hereafter N.C.C.C) for observation. At that time Plaintiff's appetite began to wane, which shall be attributed to Depression, for which he is prescribed medication. On or about 9/20/99 Defendant Dr. Jorge Veliz, the Contract Psychiatrist at the N.C.C.C. issued an order to cease Plaintiff's medications pending liquid and solid food consumption, stating "Inmate Mangiano may only have his psyche meds if he agrees to eat something. At that time the N.C.C.C's Medical Staff and those Security Staff members - C.O. Brian Quigley and C.O. Jason Hurley, amoung others - whom were assigned shifts in the H.S.U. began to monitor (SEE ATTACH)

IV-A If you sustained injuries, describe them and state what medical treatment was required and received.

Development of several nervous tics.

The onset of Celiac Disease, the only treatment known is to abstain from foods that contain most grains and all products that contain the protein gluten.

Exacerbation of Pre-existing conditions: Depression, Panic Disorder and Obsessive Compulsive Disorder, for which I take prescribed medications with serious side effects.

(ITEM IV CONTINUED) (PAGE 1)

Plaintiffs liquid and solid food consumption. According to a N.C.C.C. Internal memo dated 10-1-99 Plaintiff stated on 9/27/99 "that he drank 6 juices today."

1) According to a N.C.C.C Internal memo dated 10/2/99: on 10/2/99 Plaintiff consumed cornbread and two juices for breakfast. Despite this admission defendant still withheld Plaintiff's medication. According to the same 10/2/99 Internal memo Plaintiff was observed consuming solid and liquid foods on the following dates; 10/4/99, 10/5/99, 10/6/99, 10/7/99, 10/8/99, 10/10/99, 10/11/99, 10/13/99, 10/14/99. Despite documented food consumption for the preceding dates and subsequent future dates defendants continued to withhold Plaintiff's medication.

2) According to a N.C.C.C Itelligence report with Correctional officer Brian Quigley as its author. CO. Quigley reported that on 10-5-99, 10-6-99 and 10-11-99 that Plaintiff consumed pasta and juice for dinner on those aforementioned dates. He further states that he had notified medical staff of his findings, one could only hope in an effort to have Plaintiffs meds resumed

3) According to a N.C.C.C. Itelligence report with C.O. Jason Hurley as its author. Co. Hurley notified medical staff that on 10-13-99

(ITEM IV CONTINUED)(PAGE 2)

Plaintiff had consumed approx 2 cups of rice, 1 slice of bread and 4 4oz fruit juices. C.O. Hurley further reports notifing the shift commander, Captain Casey of his finding.

4. Defendants continued to withhold plaintiffs medications ie Doxipin 300mg and Buspar 20mg which he was prescribed for depression and panic disorder respectfully. This blatant deliberate indifference continued until the final days of November 1999 at which time Defendants attorney motioned the court, and received such order to have me transferred to Bridgewater State Hospital.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Allow me to present my case to a jury so that I may seek compensatory awards for damages as well as punitive

DAMAGES PLUS ATTORNEY FEES AND COSTS.

Respectfully Submitted,

*Anthony Mangano*

Anthony Mangano, Pro Se

Signed this 17 day of MAY, 2004.

Anthony Mangano # 28141-198
P.O. Box 420
Fairton, NJ 08320

Signature and address of each plaintiff. [INCLUDE STATE OR FEDERAL IDENTIFICATION NUMBER and NYSIS number [optional].) (You must notify the court and defendants of any change in your address.)