**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Mr Anthony Mangano | COURT CASE NUMBER 04-11117 |
| DEFENDANT Sheriff Michael Bellotti, et al. | TYPE OF PROCESS Civil -RWZ |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Debra Henderson (Licensed Pratical Nurse)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 200 West St. Dedham Mass 08320

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr Anthony Mangano #28741-198
P.O. Box 420
Fairton, N.J. 08320

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Debra Henderson has reportedly recently divorced and may be using her maiden name - Debra Giampapa.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 7-7-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 50 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 7/19/04 |

REMARKS: 7/25/04 Unable to Execute. Above named not an employee. (initials)

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

ANTHONY MANGANO

V.

**SUMMONS IN A CIVIL CASE**

SHERIFF MICHAEL BELLOTTI, et al.

CASE NUMBER: 04-11117-RWZ

TO: (Name and address of Defendant)

Debra Henderson
Norfolk County Correctional Center
200 West Street
Dedham, MA  02026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony Mangano, pro se
#28741-198
FCI Fairton
P.O. Box 420
Fairton, NJ  083290

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  6/4/04