UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MANGANO,<br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL BELLOTTI, SUSAN CLARK,<br>PETER PERRONCELLO, JORGE VELIZ,<br>ANNE WALSH, DEBBIE WILLIS,<br>Dr. PICKET, ALICE WEBER, DEBRA<br>HENDERSON, PATRICIA HAYES,<br>DENISE BURKE,<br>　　　　　Defendants, | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11117RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS, MICHAEL BELLOTTI, SUSAN CLARK, PETER PERRONCELLO, ANNE WALSH, DEBBIE WILLIS, ALICE WEBER, DENISE BURKE, DEBRA HENDERSON AND PATRICIA HAYES' MOTION TO DISMISS

　　　The defendants, Michael Bellotti, Peter Perroncello, Susan Clark, Denise Burke, Anne Walsh, Debbie Willis, Alice Weber, Debra Henderson and Patricia Hayes respectfully move this Court to order the dismissal of the *pro-se* plaintiff's claims against them because the complaint fails to state a claim for which relief can be granted. Fed.R.Civ.P. 12(b)(6). As grounds therefore, the defendants rely on the attached memorandum of law in support of their motion to dismiss.

　　　WHEREFORE, the defendants, Michael Bellotti, Peter Perroncello, Susan Clark, Denise Burke, Anne Walsh, Debbie Willis, Alice Weber, Debra Henderson and Patricia Hayes, move this Court to order the dismissal of the *pro-se* plaintiff's complaint against them.

Date: 9-17-04

The defendants, Michael Bellotti, Peter Perroncello, Susan Clark, Denise Burke, Anne Walsh, Debbie Willis, Alice Weber, Debra Henderson and Patricia Hayes
By their attorneys,

_____
Douglas I. Louison BBO#545191
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305