Anthony Mangano #05741-198
M.C.C.
808 Union St
San Diego CA 92101

To: The Clerk of the Court
From: Anthony Mangano, Plaintiff, Pro Se
Date: 9/24/04
Re: Anthony Mangano        Docket # 11117-04 RWZ
         v
    Sheriff Bellotti et al

Dear Sir,

I am writing you to address several issues:

1. Change of address notification. On 8-30-2004 I began a long journey from Trenton N.J. to San Diego CA with the B.O.P. as my tour guide. I was prevented from carrying - or even from mailing to my destination - any and/or all of my legal material. (My new address is listed above.)

2. In anticipation of what I thought would be a transfer, to concord Mass, to state custody, I had filed a motion requesting a stay for 60 days on all proceedings relative to the above captioned case as well as authorization to impound crucial documented evidence with the court.

I would now like to know the disposition of that motion. I am still not in possession of my legal material, despite all of my attempts to retrieve them, and it is beginning to appear as though it

It may take a court order to convince staff members at F.C.I. Fairton how urgently I need my legal work, and have them forward it to me. (Any assistance that you may provide on this matter would be greatly appreciated.)

The underlying problem with respect to my traveling with & now receiving my legal work is that even though my release from federal custody date was 8-30-04 it was on that date that I was technically written out from F.C.I. Fairton to the District of Southern California, Metropolitan Correctional Center. Which was completely unexpected, and since it was technically a writ all my property, including my legal material was placed in storage at F.C.I. Fairton.

Lastly, on the subject of obtaining counsel I am fervently seeking to obtain pro bono or contingent counsel. Clearly if I had had counsel appointed initially my current woes would be non-existent. I have some prospects but all want to view my complaint and supporting evidence neither of which I have. My question is if I am unable to obtain counsel before mt - hopefully granted - 60 day stay elapses how do I proceed to have my original motion for counsel reheard.

If it is not within your discretion to facilitate the forwarding of my legal work to M.C.C. San Diego, please inform me as such.

Thank you.

Respectfully,

Anthony Mangano