Anthony Mangano #W83474
M.C.I. P.o Box 9106
Concord, MA 01742

To: Tony Anastas
Clerk of the courts
Re: Anthony Mangano v
Sheriff Bellotti, et al. Case
No. 04-11117-RWZ- change of
Address notification and request
for Defendants response to plaintiff's
action.

12/12/04

Dear Sir/Madam,

Please note that the plaintiff's new address
and new prisoners I.D. Number are as listed
above. Please foward me a copy, to that address, of
the entire case file inclusive of the Docket sheet,
Defendants response to the complaint and the
attorneys name and addresses for all Defendants,
So that I may finally resume litigation

Thank you.

Happy Holidays

Respectfully,
Anthony Mangano #W83474
M.C.I. P.o Box 9106
Concord, MA 01742