UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Mangano
Plaintiff Pro Se

Civil Docket No
04-1117 RWZ

FILED IN CLERKS OFFICE
2005 FEB 17 P 1:29
U.S. DISTRICT COURT
DISTRICT OF MASS

v

Sheriff Michael Bellotti, et al

Plaintiff's Motion for Appointment of Counsel

Now comes the plaintiff, Anthony Mangano in the above entitled matter and respectfully moves this Honorable Court to appoint counsel to represent plaintiff so that this action may continue to be litigated.

As grounds for and in support of plaintiffs motion plaintiff states the following as a true and accurate account.

1. Plaintiff suffers from a reading disorder commonly known as 'Dyslexia.'

2. Plaintiff is completely unfamiliar with civil federal rules of procedure and lacks the ability to learn said rules.

1 See exhibit [A] B.O.P. Progress Report 3pp Pg 2

(1)

3. Plaintiff was only able to file his complaint after a year long persuasion of another inmate, whom he trusts immensely, who reluctantly agreed to filing the complaint.

4. Plaintiff has since been transferred from Federal custody to State custody.

5. Plaintiff is indigent and certainly is unable to afford an attorney.

6. Plaintiff's case will undoubtedly be complex, with multiple defendants dealing with many complex issues such as mental health, Psychiatric Physicians Protocol and Treatment procedures and call into question the practice of a County Sheriffs Authority to withhold psycotropic medications from Pre-Trial Detainees as a punitive measure.

7. If Plaintiff is denied appointment of counsel he is essentially being denied access to the court, which clearly violates the Americans with Disabilities Act of 1990.

(2)

For all of the aforementioned reasons Plaintiff respectfully request that this Honorable Court appoint him legal representation so that Plaintiff may proceed with litigation in this action.

Respectfully Submitted,

*[signature]*

Anthony Mangano #W83444
P.O. Box 9106
W. Concord MA 01742

## Certificate of Service

I Anthony Mangano, Pro-Se Plaintiff hereby certifies that on this date I forwarded a copy of the within motion for appointment of counsel with exhibit A via first class mail to the Defendents Counsel: Mr. Douglas I. Louison
67 Batterymarch St
Boston, MA 02110

Dated: 2/10/2005

Signed: *[signature]*
Anthony Mangano
Plaintiff, Pro-Se

(3)

BP-S187.058 **PROGRESS** REPORT  CDFRM
JUN 98

**U.S. DEPARTMENT OF JUSTICE**                           FEDERAL BUREAU OF PRISONS

| Institution Name, Address, & Telephone No. | Date |
|---|---|
| FCI FAIRTON<br>PO BOX 280<br>FAIRTON, NJ 08320<br>(856) 453-1177 | March 6, 2004 |

**Inmate Reviewed**

| Inmate's Signature | Date<br>3-13-04 | Staff Signature |
|---|---|---|

1. Type of Progress Report

☐ Initial        ☐ Statutory Interim     ☐ Pre-Release
☐ Transfer      ☐ Triennial             ☒ Other <u>Correspondence</u>

| 2. Inmate's Name<br>MANGANO, Anthony Joseph | 3. Register Number<br>28741-198 | 4. Age (DOB)<br>46 (08-27-1957) |
|---|---|---|

5. Present Security/Custody Level

   Medium/In

6. Offense/Violator Offense

   21:841(A)(1) & 846 Attempt to Possess with the Intent to Distribute Marijuana
   21:841(A)(1) Possession with Attempt to Distribute Marijuana
   21:USC 843(B) Use of a Communication Facility to Conspire to Possess with the Intent to Distribute Marijuana and Cocaine

7. Sentence

   126 MONTHS, 5 YEARS SUPERVISED RELEASE, $50.00 FELONY ASSESSMENT

| 8. Sentence Began | 9. Months Served + Jail Credit | 10. Days GCT/or EGT/SGT |
|---|---|---|
| 08-02-1995 | 103 MOS + 26 DAYS JCT | 432 DAYS GCT |

| 11. Days FSGT/WSGT/DGCT | 12. Projected Release | 13. Last USPC Action |
|---|---|---|
| 0/0/0 | 08-30-2004 via<br>**GCT Release** | N/A |

14. Detainers/Pending Charges

    STATE OF MASSACHUSETTS 17 YEAR, ONE DAY CONCURRENT SENTENCE FOR INVOLUNTARY MANSLAUGHTER NUNC PRO TUNC TO 08-22-1995

15. Co-defendants

    Refer to PSI

For continuation Pages, type on a blank sheet with the Inmate's Name, Register No., and Date and attach to this form.

Record Copy - Inmate File; copy - U.S. Probation Office; copy - Parole Commission Regional Office (If applicable); copy - inmate

(This form may be replicated via WP)                    Replaces BP-s187.058 DTD FEB 94

PROGRESS REPORT - CONTINUED

Name: MANGANO, Anthony Joseph    Reg. No.: 28741-198    Date: March 13, 2004

16. **Institutional Adjustment:** Inmate Mangano arrived at FCI Fairton, New Jersey on August 1, 1996, for service of his federal sentence. His institutional adjustment has been outstanding.

   a) **Program Plan:** Inmate Mangano arrived at FCI Fairton, New Jersey as an initial designation on August 1, 1996. He met with his Unit Team and it was recommended he participate in educational, vocational and recreational activities, maintain a full time work assignment, maintain clear conduct, and start paying toward his financial obligations to the court, via participation in the Inmate Financial Responsibility Program.

   b) **Work Assignments:** Inmate Mangano as held one work detail during this period of incarceration. He is assigned to CCS Orderly, where he receives satisfactory work performance ratings.

   c) **Educational/Vocational Participation:** Inmate Mangano is English proficient. He has completed the following programs: Culinary Arts Exploratory, and Understanding Fitness Assessment. He is currently enrolled in TORAH Studies, and TORAH Studies Tutorial. He is also involved in Health & Fitness, Diet & Nutrition and Anger Management Mentoring. Inmate Mangano is unable to participate in any educational learning due to a learning disorder, dyslexia.

   d) **Counseling Programs:** Inmate Mangano is enrolled in one Unit Based Counseling Program. He is afforded the opportunity to participate in individual and group counseling programs.

   e) **Incident Reports:** Inmate Mangano has maintained clear conduct during this period of incarceration.

   f) **Institutional Movement:** Inmate Mangano was initially designated to FCI Fairton, New Jersey on August 1, 1996. There has been no further institutional movement.

   g) **Physical and Mental Health:** Inmate Mangano is assigned a medical restriction, part/paralysis. His medical assignment is Chronic Care Level 2/Stable. He is not cleared for Food Service work. He should be fully employable upon his release from custody.

2

PROGRESS REPORT - CONTINUED

Name: MANGANO, Anthony Joseph   Reg. No.: 28741-198   Date: March 6, 2004

h) **Progress on Financial Responsibility Plan:** The Southern District of California, imposed a $50.00 felony assessment. The Middle District of Pennsylvania imposed a $50.00 felony assessment and $10,000.00 fine. He is currently participating in the Inmate Financial Responsibility Program by making $25.00 quarterly payments toward his financial obligations. He is not subject to payment of the Cost of Incarceration Fee.

17. **Release Planning:** Inmate Mangano has a projected release date of August 30, 2004, via GCT Release. He presents the following address for release planning purposes:

   a) **Residence:**   Homeless

   b) **Employment:**   To be secured.

   c) **USPO:**   Kenneth O. Young, Chief
      United States Probation Officer
      **(Sentencing)**   Southern District of California
      401 West A Street, Suite 500
      San Diego, California 92101
      (619) 557-5738

Offender is subject to notification under 18 U.S.C. §4042(b), due to the offender's:
   ■ (1) Conviction for a drug trafficking crime;
   ☐ (2) Current conviction for a crime of violence, and/or;
   ■ (3) Past conviction for a crime of violence.
   ☐ N/A

Offender is subject to notification under 18 U.S.C. §4042(c)(4)(a), due to the offender's past or current sexual offense:
   ☐ Current conviction
   ☐ Past conviction
   ■ N/A

   d) **Release Preparation Program:** Inmate Mangano is being referred to the institutional Release Preparation Program at this time.

Prepared by: _____M. Figueroa_____   March 6, 2004
M. Figueroa, C-Right Case Manager   Date Typed

Reviewed by: _____   3-8-04
Robert Keleman, C Unit Manager   Date Reviewed

3