UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY MANGANO
               Plaintiff

   V.                                 CIVIL ACTION

MICHAEL BELLOTTI ET AL        NO. 04-11117-RWZ
               Defendant

## JUDGMENT

ZOBEL, D. J.

In accordance with the ENDORSED ORDER entered 3/7/05;

JUDGMENT is entered DISMISSING the case.

                                      By the Court,

3/8/05                          s/ Lisa A. Urso
Date                            Deputy Clerk