# United States District Court
## District of Massachusetts

| | |
|---|---|
| Anthony Mangano,<br>Plaintiff<br><br>v<br><br>Sheriff Michael Bellati et al<br>Defendants | Civil Action<br><br>No. 04-11117 RWZ |

## Plaintiffs Memorandum in Support of Motion to Amend Complaint

1. <u>Introduction</u>

   Plaintiff filed his original 42 U.S.C. § 1983 complaint with the court on May 24, 2004.

   On June 2, 2004 the court issued summonses for each defenant and advanced payment to the United States Marshal Services to serve a copy of the complaint, summons and order granting Plaintiffs motion for leave to proceed in forma pauperis.

(1)

Also on June 2, 2004 under the same order the court went on to say: If defendants have been served with a summons and complaint, they are required to reply within the time specified in the summons (ie 20 days) The courts order was entered on 06/04/2004

On July 7, 2004 summonses were executed for Defendants: Michael Bellotti, Susan Clark, Peter Pervoncello, Debbie Willis, Denise Burke, Patricia Pickett, Patricia Hayes, Anne Walsh.

On August 20, 2004 Plaintiff filed Ex-Parte motion for suspension of all proceeding for 60 days due to a cross country extradition

On September 20, 2004 counsel for all defendants other than Dr. Patricia Pickett filed his motion to dismiss Plaintiffs complaint, alleging that Plaintiff complaint failed to state a claim for which relief can be granted. Fed. R. Civ. P. 12(b)(6) (Plaintiff did not receive motion from counsel until March 3, 2005)

On December 20, 2004 Plaintiff notified court of change of address to present one.

On February 3, 2005 Plaintiff notified Court, via letter request, of his desire to obtain case file

On February 10, 2005 Plaintiff refiled motion for appointment of counsel, due to a learning and reading disability, Dyslexia. His original motion filed on May 24, 2004 was ordered denied without prejudice to

(2)

filing such a motion after the named defendants have filed responsive pleadings to the complaint.

On February 14, 2005[1] Plaintiff received for the first time Defendants motion to dismiss. He received this from the court.

## II Argument

Rule 15(A) of the Federal rules of civil procedure reads: Amendments: A party may amend the partys pleadings once as a matter of course at anytime before a responsive pleading is served.

In the instant case the Plaintiff has not been served by the defendants with a responsive pleading to complaint nor have they filed one with the court in compliance with the courts June 02, 2004 order requiring that they reply within 20 days after being served with summons, which transpired in July 2004.

Defendants only response was their motion to dismiss originally filed on September 20, 2004. However this does not qualify as a responsive

---

[1] On march 3, 2005 Plaintiff received a copy of defendants motion via U.S. mail from counsel for defendants, mr. James W. Simpson Jr

(3)

pleading. The First Circuit, and all of the Circuits are in unison on this issue, has made it clear that "A motion to dismiss is not a responsive pleading within the meaning of rule 15(a) Fed R. Civ. P." It further stated "It is also true that a Plaintiff may amend the original complaint once as a matter of course at anytime before a responsive pleading is served. <u>Lowden vs William M. Mercer Inc 903 F Supp 212, 216 (D Mass 1995)</u>

The 9th Circuit even viewed the amendment of a complaint more fundamental than dismissal, when it stated "This court has held that a motion to dismiss is not a 'responsive pleading' within the meaning of the rule. Niether the filing nor the granting of such a motion before answer terminates the right to amend. <u>Doe vs U.S. 58 F3d 494 496, 497 (9th Circuit 1995)</u>

III <u>Conclusion</u>

For all of the reasons stated above Plaintiff respectfully requests that the court grant his motion to amend his complaint.

(4)

Prepared by: _____
Thomas F. Cooley
#W84908

DATE: February 24, 2005

DATE: 2-23-05
Respectfully Submitted,

Sign: _____

Respectfully
Submitted by Plaintiff,
Anthony Mangano, Pro-Se
#W83474 P.O. Box 9106
Concord, MA
01742

## Certificate of Service

I Anthony Mangano, Pro-Se, Plaintiff hereby certify that on this DATE A copy of Plaintiffs motion to Amend with Amendments and Accompanying Memorandum of law were forwarded via U.S. First Class Mail addressed to the following Defendants and/or Counsel for Defendants: Douglas I. Louison Esq
67 Batterymarch St.
Boston, MA 02110

Dr. Patricia Pickett
200 West St
Dedham, MA 02026

DATE March 8, 2005

Signed: _____
Anthony Mangano
Pro-Se, Plaintiff

(5)