Anthony Mangano W83414
PO Box 00
Concord, MA 01742

The Honorable Justice Rya W. Zobel
U.S. District Court. Boston Mass
RE: Anthony Mangano, Plaintiff
    V Sheriff Bellotti, et al, Defendant
    Docket No 04-11117-RWZ

3/3/05

Dear Your Honor:

I am in possession of a motion to amend my complaint with memorandum, a motion in opposition to Defendants motion to dismiss with memorandum. All of which another inmate here at Concord had prepared for me.

I had fully expected to have filed these by the March 1, 2005 deadline. However I have been unable to obtain the necessary copies for certificate of service, which I have been trying to accomplish since last Friday the 25th of February.

Inmates do not have access to the copy machine. We must submit our documents to be copied with a copy request form to an inmate librarian clerk during our 1½ hours of daily library time, which is always tentative. This process is always hit or miss: on Friday the*Director of Programs, the <u>only</u> staff member who authorizes copies was unavailable during my library time; Monday morning library closed due to snow; Tuesday I had a medical appointment; Wednesday again no Director; Thursday I had a clergy visit.

* All copies are made by the Director of Inmate Programs, Bob Priest whom only the librarian has access to. If Mr. Priest is unavailable or out of the institution there will be no copies made for inmate's legal work at that times.

I will attempt to have them copied on Friday and if necessary again on Monday. At the risk of sounding ironic I wish it were just a matter of a few short pages - I copy them by hand. But the amendment part alone is better then ten pages.

If I am successful on Friday they will be placed in the institutional mail box on Saturday morning which means that they should go out in Mondays mail. If Monday my lucky day they won't get postmarked until Wensday, all of which is tentative.

If I strike out on both Friday and Monday a remote chance, but possible I may feel compelled to mail the court my only copy.

I apologize for any inconvenience that the travails of my incarceration may have inadvertently imposed on the court and I am grateful for any consideration that the court may graciously grant me.

Thank You

Respectfully,

*[signature]*

Anthony Mangano
#W83494
P.O. Box 9106
Concord, Mass
01742