# United States District Court
## District of Massachusetts

| | |
|---|---|
| Anthony Mangano, Plaintiff | Civil Action |
| V | |
| Sheriff Michael Bellotti et al. Defendants | No: 04-11117 RWZ |

## Plaintiff's Motion for Reconsideration

Now comes the Plaintiff in the above entitled case and respectfully requests that this Honorable court reconsider its order granting Defendants motion to dismiss complaint citing that statue of limitations had run out.

Plaintiffs request is a simple one he asks only that the court take into consideration his motions that he filed in opposition to the Defendants motion to dismiss. Plaintiffs motion has merit, more merit then Defendants motion and should not be ignored for a delay in filing that should not be imputed to the Plaintiff.

Plaintiff has no direct access to a copy machine, he is subject to a haphazard system that is totally dependent upon one man being at an exact location, alone, not on the phone and unoccupied within a 30 to 40 minute window of time per day. – In sum: a system that is designed for failure (see attached affidavit)

(1)

Plaintiff had made every effort to obtain the copies on February 24 and on the 25 and when on March 4 when Plaintiff was still having difficulty obtaining copies he notified the Court via First Class Mail.

Plaintiff's main reason for requesting the Courts reconsideration is that Defendants were not entitled to have complaint dismissed for exceeding Statue of limitations. Plaintiffs asks only that you consider his motion in opposition to Defendants motion to Dismiss with supporting memorandum of law.

Plaintiff respectfully requests that this Court reverse its order and Deny Defendants motion to Dismiss and reinstate Plaintiffs Claim.

The Plaintiff also would like to point out to the Court that with respect to Defendant Dr. Patricia Pickett She was Not a Party to Defendants Motion to Dismiss.

Dated: [signature]
March 16, 2005

Respectfully Submitted,

[signature]

Anthony Marrano #W83474
P.O. Box 9106
Concord, MA 01742

## Certificate of Service

I Anthony Marrano hereby certify that I am in the medical unit due to the fact that I am on a hunger strike I have asked - requested - of several staff members about obtaining copies including Lt. Ashford, Everyone told me "You won't get copies in medical" Lt. Ashford told me 3 times that he would get me a "Blue Form" which I never received. I certify that I tried to make copies but couldn't and that I gave this motion with affidavit for mailing at 11:00 PM on March 16, 2005.

Dated: March 16, 2005     Signed [signature]
                                   Anthony Marrano

(2)