UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anthony Mangano,
    Plaintiff

V

Sheriff Michael Bellotti et al
    Defendants

Civil Action

No. 04-11117 RWZ

## AFFIDAVIT OF ANTHONY MANGANO

I, Anthony Mangano, Plaintiff state the following to be true to the best of my knowledge and belief.

1. On Thursday February 24, 2005 I visited the law library at 1:00 pm during which time I submitted Plaintiffs original copy of motion to amend his original complaint with supporting memorandum of law along with Plaintiffs motion to oppose Defendants motion to dismiss also with supporting memorandum of law, to be copied with a written request. (Law library time is from approx 1:00-2:30 P.M)

2. I handed my documents with written request to one of the inmate law library clerk who is responsible for getting inmates legal work copies approved and then having them made by the Director of Treatment and Inmate Programs, Mr. Bob Priest.

3. I was physically present while the inmate law clerk walked down stairs and received staff approval for my copies, from Ms Marquez the first step in the copying of inmate legal work process. (Bob Priest has the final say and is the only person who has the authority to actually make copies, no Bob Priest = no copies)

(1)

4. At approx 1:45 pm Rabbi Blumer entered the law library and invited me back to one of the class rooms for our weekly private session. Before departing I inform the the law clerk that I will be back at 2:00 to retrieve my copies. At that time I also inform the law clerk of my March 1st dead line.

5. At approx 2:30 pm. I re enter the law library and speak with the same law clerk who informs me that he was unable to make any copies today because when he went to Bob Priests office, which is located at the furthest most point from the law library, he was in a meeting. The clerk exasperated said "I don't know what to tell you man, try tomorrow."

6. The following day Friday, February 25, 2005 I visited the law library and was informed that there are no copies being made today because Bob Priest is not around. The library is closed on weekends. And the following week proved just as difficult.

7. Mr. Priest is the subject of many grievances and because of his autocratic copying policy that he dictates so arbitrarily his name can be found among many of motions and affidavits in both superior and federal courts.

Signed under the Pains and Penalties of Perjury

Dated: March 16, 2005

Signed: *[signature]*

Anthony Mangano # W83424
P.O. Box 9106
Concord, MA 01742

(2)