# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 APR -6 A 11: 58
DISTRICT OF MASS

Civil Docket No: 04-11117-RWZ

Anthony Mangano,
  Plaintiff

v.

Sheriff Michael Bellotti, et al.,
  Defendant

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Anthony Mangano, Pro-Se in the above named case hereby Appeal to the United States Court of Appeals for the First Circuit from an order of Dismissal entered in this action on the 8th day of March, 2005.

Dated: April 2, 2005

Signed: Anthony Mangano

Anthony Mangano #W83494
P.O. Box 9106
Concord, Mass 01742

## CERTIFICATE OF SERVICE

I, Anthony Mangano, Plaintiff, Pro-Se hereby certify that on this date a copy of the within Notice of Appeal with accompanying Application to Proceed without Payment of Fee along with Affidavit in support of were all forwarded via first class mail on this date to all Defendants Attorneys at this address: Douglas Louison ESQ

67 Battermarch St.

Boston, MA 02110.

DATED: April 2, 2005

Signed: Anthony Mangano

Anthony Mangano #W83474
P.O. Box 9106
Concord MA 01742