AO 240, (1/94)

# United States District Court

## DISTRICT OF __MASSACHUSETTS__

Anthony Mangano,
**Plaintiff**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

Sheriff Michael Bellotti, et al.
**Defendant**

**CASE NUMBER:**

I, __Anthony Mangano, Plaintiff__ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated?:  [✓] Yes    [ ] No    (If "No" go to Part 2)  Po Box 9106

If "Yes" state the place of your incarceration __MASS Correctional Institution Concord, MASS__

Are you employed at the institution? _____    Do you receive any payment from the institution? __No__

Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?        [ ] Yes    [ ] No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have your received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | [ ] | [✓] |
| b. | Rent payments, interest or dividends | [ ] | [✓] |
| c. | Pensions, annuities or life insurance payments | [ ] | [✓] |
| d. | Disability or workers compensation payments | [ ] | [✓] |
| e. | Gifts or inheritances | [ ] | [✓] |
| f. | Any other sources | [ ] | [✓] |

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _Anthony Mungano_____
DATE                                        SIGNATURE OF APPLICANT

## CERTIFICATE

### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _$6.41_____ on account to his/her

credit at (name of institution) _MCI  Concord_____ . I further certify

that the applicant has the following securities to his/her credit: _____

_____ _____ . I further certify that during the past six months the applicant's

average balance was $ ____1.06_____ .

_3-29-05_____          _C. LaPierre_____          Treasurer's Office
DATE                                        SIGNATURE OF AUTHORIZED OFFICER

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............    ANTHONY MANGANO

Commitment number....    W83474

Period encompassed....    9/29/04 - 3/29/05

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 9/29/04 | $       - | $       - | $       - |
| Balance as of | 29-Oct-04 | $       - | $       - | $       - |
| Balance as of | 29-Nov-04 | $       - | $       - | $       - |
| Balance as of | 29-Dec-04 | $       - | $       - | $       - |
| Balance as of | 29-Jan-04 | $       - | $       - | $       - |
| Balance as of | 29-Feb-04 | $       - | $       - | $       - |
| Ending Balance: | 3/29/04 | $   6.41 | $       - | $   6.41 |

Six month average balance:        $     1.06

20% of six month average balance:   $     0.21

total expenditures for period:    $     1.00

total income for period:    $     7.41

To the best of my knowledge the above summary information is true and accurate:

Signed:  _____    Title:    Clerk V    Date:    3/29/05

*note to clear numbers Ctrl-Z*