# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11117

Anthony Mangano

v.

Michael Bellotti

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 11, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/11/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11117-RWZ

Mangano v. Bellotti et al
Assigned to: Judge Rya W. Zobel
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/24/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Anthony Mangano**   represented by   **Anthony Mangano**
#W83474
MCI Concord
P.O. Box 9106
Concord, MA 01742
PRO SE

V.

**Defendant**

**Michael Bellotti**   represented by   **Douglas I. Louison**
*Sheriff*
Merrick, Louison & Costello
67 Batterymarch Street
third floor
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: dlouison@merricklc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Perroncello**                represented by **Douglas I. Louison**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*

**Defendant**

**Susan Clark**                      represented by **Douglas I. Louison**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*

**Defendant**

**Dr. Jorge Veliz**

**Defendant**

**Dr. Pickett**

**Defendant**

**Denise Burke**                     represented by **Douglas I. Louison**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*

**Defendant**

**Nurse Anne Walsh**                 represented by **Douglas I. Louison**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*

**Defendant**

**Debbie Willis**                    represented by **Douglas I. Louison**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*

**Defendant**

Alice Weber                           represented by  **Douglas I. Louison**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE*
                                                       *NOTICED*

**Defendant**

Debra Henderson                       represented by  **Douglas I. Louison**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE*
                                                       *NOTICED*

**Defendant**

Nurse Patricia Hayes                  represented by  **Douglas I. Louison**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE*
                                                       *NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Anthony Mangano.(Jenness, Susan) (Entered: 05/27/2004) |
| 05/24/2004 | 2 | COMPLAINT, filed by Anthony Mangano.(Jenness, Susan) (Entered: 05/27/2004) |
| 05/24/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 05/27/2004) |
| 05/24/2004 | 3 | MOTION to Appoint Counsel by Anthony Mangano. (Jenness, Susan) (Entered: 05/27/2004) |

| | | |
|---|---|---|
| 05/27/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 05/27/2004) |
| 06/02/2004 | 4 | Judge Rya W. Zobel : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. A copy of this Order shall be sent by the Clerk to the institution having custody of plaintiff. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons, and this order as directed by plaintiff with all costs of service to be advanced by the United States. If defendants have been served with a summons and complaint, they are required to reply within the time specified in the summons. (Weissman, Linn) (Entered: 06/04/2004) |
| 06/02/2004 | 5 | Judge Rya W. Zobel : ORDER entered denying 3 Motion to Appoint Counsel without prejudice to the filing of such a motion after the named defendants have filed responsive pleadings to the complaint. (Weissman, Linn) (Entered: 06/04/2004) |
| 06/04/2004 | 6 | Notice for Payment of Prisoner Filing Fee. (Weissman, Linn) (Entered: 06/04/2004) |
| 06/04/2004 | | Summons Issued as to Dr. Pickett, Michael Bellotti, Denise Burke, Susan Clark, Patricia Hayes, Debra Henderson, Peter Perroncello, Jorge Veliz, Anne Walsh, Alice Weber, and Debbie Willis. (Weissman, Linn) (Entered: 06/04/2004) |
| 07/08/2004 | 8 | US Marshal Process Receipt and Return for Summons. Michael Bellotti served Delivered on 7/7/04 (Johnson, Jay) Modified on 7/14/2004 (Johnson, Jay). (Entered: 07/14/2004) |
| 07/08/2004 | 9 | US Marshal Process Receipt and Return for Summons (Unexecuted). Peter Perroncello served Delivered on 7/7/04 (Johnson, Jay) Modified on 7/14/2004 (Johnson, Jay). Modified on 7/14/2004 (Johnson, Jay). (Entered: 07/14/2004) |

| 07/08/2004 | 10 | US Marshal Process Receipt and Return for Summons. Susan M. Clark served Delivered on 7/7/04 (Johnson, Jay) Modified on 7/14/2004 (Johnson, Jay). (Entered: 07/14/2004) |
|---|---|---|
| 07/08/2004 | 11 | US Marshal Process Receipt and Return for Summons. Dr Jorge Veliz Delivered on 7/7/04 Unexecuted (Johnson, Jay) (Entered: 07/14/2004) |
| 07/08/2004 | 12 | US Marshal Process Receipt and Return for Summons. Dr Patricia Pickett served Delivered on 7/7/04 (Johnson, Jay) (Entered: 07/14/2004) |
| 07/08/2004 | 13 | US Marshal Process Receipt and Return for Summons. Denise Burke served Delivered on 7/7/04 (Johnson, Jay) (Entered: 07/14/2004) |
| 07/08/2004 | 14 | US Marshal Process Receipt and Return for Summons. Debbie Willis served Delivered on 7/7/04 (Johnson, Jay) (Entered: 07/14/2004) |
| 07/08/2004 | 15 | US Marshal Process Receipt and Return for. Alice Weber served Delivered on 7/7/04 (Unexecuted) (Johnson, Jay) (Entered: 07/14/2004) |
| 07/09/2004 | 7 | US Marshal Process Receipt and Return for. Ms Patricia Hayes served Delivered on 6/17/04 (Johnson, Jay) (Entered: 07/13/2004) |
| 07/19/2004 | 16 | US Marshal Process Receipt and Return for. Debra Henderson (unexecuted) (Johnson, Jay) (Entered: 08/03/2004) |
| 07/19/2004 | 17 | US Marshal Process Receipt and Return for Summons. Anne Walsh served Delivered on 7/28/04 (Johnson, Jay) (Entered: 08/03/2004) |
| 08/20/2004 | 18 | EX-PARTE MOTION to Seal Confidential Medical Records and Pertinent Documented Evidence, and Suspension of All Proceedings for 60 Days by Anthony Mangano.(Johnson, Jay) (Entered: 08/23/2004) |

| | | |
|---|---|---|
| 09/20/2004 | 19 | MOTION to Dismiss by Michael Bellotti, Denise Burke, Susan Clark, Patricia Hayes, Debra Henderson, Peter Perroncello, Anne Walsh, Alice Weber, Debbie Willis.(Johnson, Jay) (Entered: 09/21/2004) |
| 09/20/2004 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss filed by Michael Bellotti, Denise Burke, Susan Clark, Patricia Hayes, Debra Henderson, Peter Perroncello, Anne Walsh, Alice Weber, Debbie Willis. (Johnson, Jay) (Entered: 09/21/2004) |
| 10/01/2004 | 21 | NOTICE of Change of Address by Anthony Mangano and request for status on pending motion, and request for counsel (Johnson, Jay) Modified on 10/4/2004 (Johnson, Jay). (Entered: 10/04/2004) |
| 10/27/2004 |  | Judge Rya W. Zobel : endorsed ORDER entered granting in part and denying in part [18] Motion to Seal Document. Denied as to impoundment; allowed as to stay of 60 days. Plaintiff shall inform the court of any changes in his address. (Urso, Lisa) (Entered: 10/28/2004) |
| 12/20/2004 | 22 | NOTICE of Change of Address by Anthony Mangano (Johnson, Jay) (Entered: 12/28/2004) |
| 02/03/2005 | 23 | Letter/request (non-motion) from Anthony Magano regarding requests for case file. (Johnson, Jay) (Entered: 02/04/2005) |
| 02/04/2005 |  | DOCKET SHEET sent to Anthony Mangano. (Johnson, Jay) (Entered: 02/04/2005) |
| 02/09/2005 |  | Judge Rya W. Zobel : endorsed ORDER entered. ELECTRONIC ENDORSEMENT re 19 MOTION to Dismiss filed by Susan Clark,, Peter Perroncello,, Michael Bellotti,, Patricia Hayes,, Anne Walsh,, Denise Burke,, Debbie Willis,, Alice Weber,, Debra Henderson, The Clerk shall forward a copy of this motion and supporting memorandum to plaintiff at his new address. Plaintiff shall file any opposition on or |

|            |     |                                                                                                                                                                                                                                     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | before 3/1/05. In default thereof the motion to dismiss will be allowed.(Urso, Lisa) (Entered: 02/10/2005)                                                                                                                           |
| 02/10/2005 |     | Motion and memorandum in support of motion to dismiss sent this date to plaintiff. (Urso, Lisa) (Entered: 02/10/2005)                                                                                                               |
| 02/17/2005 | 24  | MOTION to Appoint Counsel by Anthony Mangano. (Johnson, Jay) (Entered: 02/18/2005)                                                                                                                                                  |
| 03/07/2005 |     | Judge Rya W. Zobel : endorsedORDER entered granting 19 Motion to Dismiss. As the action was brought 18 months after the statute of limitations had run. Judgment may be entered dismissing the complaint. (Urso, Lisa) (Entered: 03/08/2005) |
| 03/08/2005 | 25  | Judge Rya W. Zobel : ORDER entered. JUDGMENT entered dismissing the complaint.(Urso, Lisa) Modified on 3/9/2005 (Johnson, Jay). (Entered: 03/08/2005)                                                                                |
| 03/15/2005 | 26  | MOTION to Amend 2 Complaint by Anthony Mangano.(Johnson, Jay) (Entered: 03/16/2005)                                                                                                                                                 |
| 03/15/2005 | 27  | MEMORANDUM in Support re 26 MOTION to Amend 2 Complaint filed by Anthony Mangano. (Johnson, Jay) (Entered: 03/16/2005)                                                                                                              |
| 03/15/2005 | 28  | Opposition re 19 MOTION to Dismiss filed by Anthony Mangano. (Johnson, Jay) (Entered: 03/16/2005)                                                                                                                                    |
| 03/15/2005 | 29  | MEMORANDUM OF LAW by Anthony Mangano to 28 Opposition to Motion. (Johnson, Jay) (Entered: 03/16/2005)                                                                                                                               |
| 03/18/2005 | 30  | Letter/request (non-motion) from Anthony Mangiano regarding motion to amend complaint. (Johnson, Jay) (Entered: 03/18/2005)                                                                                                          |
| 03/21/2005 | 31  | MOTION for Reconsideration re 25 Judgment by Anthony Mangano.(Johnson, Jay) (Entered:                                                                                                                                                |

| | | |
|---|---|---|
| | | 03/22/2005) |
| 03/22/2005 | 32 | AFFIDAVIT re 31 MOTION for Reconsideration re 25 Judgment by Anthony Mangano. (Johnson, Jay) (Entered: 03/22/2005) |
| 04/06/2005 | 33 | NOTICE OF APPEAL as to Order on Motion to Dismiss, 25 Judgment by Anthony Mangano. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/26/2005. (Johnson, Jay) (Entered: 04/06/2005) |
| 04/06/2005 | 34 | AFFIDAVIT in Support re 33 Notice of Appeal,. (Johnson, Jay) (Entered: 04/06/2005) |
| 04/06/2005 | 35 | MOTION for Leave to Appeal in forma pauperis by Anthony Mangano.(Johnson, Jay) (Entered: 04/06/2005) |
| 04/08/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 35 Motion for Leave to Appeal in forma pauperis (Urso, Lisa) (Entered: 04/08/2005) |