Anthony Mangano #W83474
P.O. Box 9106
Concord, MA 01742

4/12/2005

Mr. Jay Johnson, Docket Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Mangano v Bellotti  Civil Docket No. 04-11117

Dear Sir:

I am in receipt of your 4/6/2005 correspondence notifying me that I must complete and submit a transcript order form to the court of appeals due by 4/26/2005.

I am currently incarcerated and do not have access to such a form. I would appreciate it if you would kindly send me a transcript/order form and push back my due date.

Thank you.

Respectfully,

Anthony Mangano
Anthony Mangano #W83474
P.O. Box 9106
Concord, MA 01742