# United States District Court
## District of Massachusetts

Anthony Mangano,
 Plaintiff

v

Sheriff Michael Bellotti, et al,
 Defendants

Civil Docket No. 04-11117

## Motion for Enlargement of Time

Now comes the Plaintiff, Pro-Se in the above entitled case and moves this honorable court to provide Plaintiff with a transcript report/order form and allow Plaintiff 20 days time to complete form and file-submit-form to the court of Appeals.

On 4-9-2005 Plaintiff received notice from the court that he must submit a completed transcript report/order form to the Court of Appeals by 4/20/2005. The notice lists the First Circuit web site as the only source to obtain said order form. (See attached)

Plaintiff is currently incarcerated and does not have access to the internet and no one at the institution was able to assist him in obtaining a transcript report/order form.

On 4-13-2005 Plaintiff had mailed a written request to Mr. Jay Johnson the Docket Clerk for the Court requesting said form. In the event Plaintiff receives said form either from the Court or Clerk Plaintiff is requesting the original 80 days time allotted him to complete and submit his transcript report/order form to the Court of Appeals.

For all of the aforementioned reasons Plaintiff Plaintiff respectfully requests that this court grant his motion.

Date: 4/13/2005

Respectfully submitted,

Anthony Mangano #W83474
P.O. 9106
Concord, Mass

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Johnson, Jay entered on 4/6/2005 at 3:28 PM EDT and filed on 4/6/2005
Case Name: Mangano v. Bellotti et al
Case Number: 1:04-cv-11117
Filer: Anthony Mangano
WARNING: CASE CLOSED on 03/08/2005
Document Number: 33

Docket Text:
NOTICE OF APPEAL as to Order on Motion to Dismiss, [25] Judgment by Anthony Mangano. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/26/2005. (Johnson, Jay)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/6/2005] [FileNumber=923500-0]
[00af08b4c13855d43dd1a28f10c9aa1e52b8bf4875aa7ccb6c0f79e078dc3d7dacbcc
ea948a1c24d32b023a9e069b542cb7e4cd6d8146ccaeab60a3befa237e8]]

1:04-cv-11117 Notice will be electronically mailed to:

Douglas I. Louison    dlouison@merricklc.com, usdc@merricklc.com

1:04-cv-11117 Notice will not be electronically mailed to:

Anthony Mangano
#W83474
MCI Concord
P.O. Box 9106
Concord, MA 01742

# Certificate of Service

I, Anthony Mangano, Plaintiff Pro Se hereby certify that on this date a copy of the within motion for enlargement of time with attachment was forwarded via first class mail on this date upon the Defendants Attorney at the the following address: James W. Simpson, Jr
67 Batterymarch St
Boston, MA 02110

DATE: 4/13/2005

SIGNED: _Anthony Mangano_

Anthony Mangano #W83474
P.O. Box 9106
Concord, MA 01742