Mr. Anthony Mangano
#W83474
P.O. Box 9106
Concord, MA 01742

FILED
IN C   KS OFFICE
2005 APR 26 P 12: 19
U.S. I    RICT COURT
DIST   T OF MASS.

Mr. John Johnson

Docket Clerk, U.S. District Court
Boston, MA

4/22/2005

Re: Mangano v. Bellotti Docket
    No. 04-11117 R.W.Z.

Dear Sir:

Please note that as of April 26, 2005 Plaintiff's
New Address will be the following:

Anthony Mangano
P.O. Box 136
[ Framingham, MA ]
       01704-0136
Thank You.

Respectfully,

Anthony Mangano
#W83474

P.S. Kindly Send me a Copy of the Case Docket.
Thank you.    C.C. James W. Simpson, ESQ
              67 Batterymarch St
              Boston, MA 02110