OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

August 17, 2005

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No. 04-cv-11117  Anthony Mangano  v. Michael Bellotti, et al.

Dear Ms. Thornton:

  Enclosed please find a letter that should be construed asa a notice of appeal that was mistakenly filed in the United States Court of Appeals for the First Circuit on August 17, 2005.

  In accordance with Fed.R.App.P. 4, the notice of appeal is transmitted herewith.  Please use the date of **August 17, 2005**, as the date of docketing the notice of appeal in your court. If these pleading has also been received in your court, please do not duplicate.

                              Sincerely,

                              By: /s/ Danna Burchard
                                  Appellate Liaison

DB/file

cc:   Anthony Mangano
      18 Summit Street
      Framingham, MA  01704

MR. Anthony Mangano SC
18 Summit St
Framingham, MA 01704

DC #04-cv-11117

The office of the Clerk
1st Circuit Court of Appeals
1 Courthouse Way ST 2500
Boston, MA 02210

Re: Mangano V Bellotti
Docket #05-1537

Dear Sir:

On June 24, 2005 The Honorable Judge Ms Rya W. Zobel, for the District Court of Massachusetts denied my, Plaintiff's motion for Reconsideration.

I wish to appeal that order.

Thank you for your attention to this important matter.

Respectfully,

*[signature]*

Anthony Mangano
Pro-SE, Plaintiff

Enclosures

# United States Court of Appeals
## For the First Circuit

No. 05-1537

ANTHONY MANGANO
Plaintiff - Appellant

v.

MICHAEL BELLOTTI, Sheriff; PETER PERRONCELLO; SUSAN CLARK;
DR. JORGE VELIZ; DR. PICKETT; DENISE BURKE; NURSE ANNE WALSH;
DEBBIE WILLIS; ALICE WEBER; DEBRA HENDERSON; NURSE PATRICIA HAYES
Defendants - Appellees

**ORDER OF COURT**

Entered: August 4, 2005

On June 7, 2005, this court directed appellant to file a status report every on July 7, 2005 and every thirty days after that regarding action taken on the post judgment motion filed March 1, 2005 in the district court. To date, this court has not received a status report. Appellant is directed to file a status report by August 18, 2005. Failure to file a status report may result in the dismissal of this appeal.

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By:_____
Operations Manager

cc: Anthony Mangano
    Douglas I. Louison, Esq.
    James W. Simpson, Esq.