Anthony Manquano
18 Summit St.
Framingham, MA 01704

Clerk of Civil Cases
United States District Court
Judge Rya W. Zobel's Court

DATE: September 7, 05

Re: Anthony Manquano, Plaintiff Pro-se
    v.
    Sheriff Michael Bellotti
    District Court Docket No. 04-11117-RWZ

Dear Sir/Madam

Please forward me a copy of the entire docket sheet, for the docket No. Above.

Thank You
Peace

Respectfully
*[signature]*
Anthony Manquano
Plaintiff, Pro-se
18 Summit St
Framingham, MA 01704