# United States Court of Appeals
## For the First Circuit

04-11117
Boston, MA
R. Zobel

No.   05-2291

ANTHONY MANGANO

Plaintiff - Appellant

v.

MICHAEL BELLOTTI, Sheriff; PETER PERRONCELLO; SUSAN CLARK; DR. JORGE VELIZ; DR. PICKETT; DENISE BURKE; NURSE ANNE WALSH; DEBBIE WILLIS; ALICE WEBER; DEBRA HENDERSON; NURSE PATRICIA HAYES

Defendants - Appellees

### JUDGMENT

Entered: January 9, 2006

By order entered October 4, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed as untimely. Appellant was warned that failure to respond by December 30, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Colaudo*
Deputy Clerk

Date: 1·31·06

[cc: Anthony Mangano, Douglas I. Louison, Esq., James W. Simpson, Jr., Esq.]