# United States Court of Appeals
## For the First Circuit

*[handwritten: 04-11117 Massachusetts (B) R. Zobel]*

No. 05-1537

ANTHONY MANGANO,

Plaintiff, Appellant,

v.

MICHAEL BELLOTTI, SHERIFF, ET AL.,

Defendants, Appellees.

**MANDATE**

---

**JUDGMENT**

Entered: July 5, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 7.26.06

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[cc: Mr. Mangano, Mr. Louison, & Mr. Simpson.]